UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD SEGLER,

    Plaintiff,

v.

Case No. 22-cv-10389
Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

                          KINIKIA ESSIX
                          CLERK OF COURT

              By:    s/Holly A. Ryan
                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 13, 2023
Detroit, Michigan